IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DONALD P. TRESSLER,                :      No. 3:25cv1981
                                   :
                 Plaintiff         :      (Judge Munley)
                                   :
           v.                      :
                                   :
WELLPATH LLC, et al.,              :
                                   :
                 Defendants        :

**ORDER**

**AND NOW**, to wit, this 1st day of June 2026, upon consideration of the corrections defendants' motion to dismiss (Doc. 28), and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that:

1.    The motion (Doc. 28) is **GRANTED**.

2.    The action against Dr. Vital is **DISMISSED** pursuant to Federal Rule of Civil Procedure 4(m).

3.    Any appeal from this order is **DEEMED** frivolous and not taken in good faith.  See 28 U.S.C. § 1915(a)(3).

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court